## VOLUME 126

## CASES ARGUED AND DECIDED IN THE SUPREME COURT OF LOUISIANA

### AT TERM BEGINNING FIRST MONDAY OF OCTOBER, 1909

(52 South. 172.)

No. 17,759.

ECKHARDT v. MATERNE et al.

(March 28, 1910. Rehearing Denied April 25, 1910.)

*(Syllabus by Editorial Staff.)*

APPEAL AND ERROR (§ 792*)—DISMISSAL—EX PROPRIO MOTU.

In the absence of a judgment in the transcript, the Supreme Court is bound to dismiss the appeal ex proprio motu.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3137–3141; Dec. Dig. § 792.*]

Appeal from Fifteenth Judicial District Court, Parish of Calcasieu; Winston Overton, Judge.

Action by John Eckhardt against E. A. Materne and others. Judgment for defendants, and plaintiff appeals. Dismissed.

J. W. Baker and Thomas Kleinpeter, for appellant. Young & Plauche, for appellees.

PROVOSTY, J. This is a suit in nullity of judgment. Pleas of res judicata and estoppel were interposed. From an entry on the minutes informing us that these pleas were sustained, and from the fact that plaintiff appeals, we infer that plaintiff's suit was dismissed; but there is no judgment in the transcript. In the absence of a judgment from the transcript, this court is bound to dismiss the appeal ex proprio motu. Carondelet Canal Co. v. City of New Orleans, 44 La. Ann. 394, 10 South. 871.

Appeal dismissed.